UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,                    :
                                               :
            Plaintiff,                          :
                                               :
vs.                                            :        Case No.: 23-cv-4290
                                               :
NY 28th STREET LLC, a Delaware Limited         :
Liability Company,                             :
                                               :
            Defendant.                          :
_____/:

**MEMO ENDORSED**

## NOTICE OF DISMISSAL

Plaintiff pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby provides

notice of dismissal of this action with prejudice.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been provided

to all counsel of record by ECF on this 26th day of September, 2023.

Respectfully submitted,

*/s/  Brandon A. Rotbart*
Brandon A. Rotbart
LAW OFFICE OF BRANDON A. ROTBART, P.A.
11098 Biscayne Blvd., Suite 401-18
Miami, FL 33161
Phone: (305) 350-7400
rotbart@rotbartlaw.com

*Counsel for Plaintiff Helen Swartz*

Pursuant to the above, this case is hereby DISMISSED with
prejudice.  The Clerk of Court is directed to terminate all
pending motions, adjourn all remaining deadlines, and close this
case.

                                    SO ORDERED.

Dated:    September 27, 2023
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE